Nov. Term, 1860.

PORTER
v.
JACKSON.

HARVARD LAW SCHOOL LIBRARY

PORTER *v.* JACKSON.

APPEAL from the *Montgomery* Circuit Court.

*Per Curiam.*—This was an action by *Jackson* against *Porter*, as a surgeon, for malpractice. Verdict for the plaintiff. New trial refused, and judgment. The error, upon which the appellant relies for a reversal, is that the verdict is unsustained by the evidence. The evidence is in the record, and we have examined it carefully, and are of opinion that the verdict accords with its weight.

The judgment is affirmed, with 2 per cent. damages and costs.

*S. C. Wilson* and *J. E. McDonald*, for appellant.